## WILL CARR v. THE STATE.

No. 144. Decided November 3, 1909.

**Theft of Hogs—Flesh Marks—Sufficiency of the Evidence.**

Where, upon trial of the theft of hogs, the alleged stolen animals were identified by the flesh marks thereon, etc., the conviction was sustained, although there were discrepancies in the testimony as to the earmarks of the hogs.

Appeal from the District Court of Houston. Tried below before the Hon. B. H. Gardner.

Appeal from a conviction of the theft of hogs; penalty, two years imprisonment in the penitentiary.

The opinion states the case.

*Moore & Sallas,* for appellant.

*F. J. McCord,* Assistant Attorney-General, for the State.

BROOKS, JUDGE.—Appellant was convicted of theft, and his punishment assessed at two years confinement in the penitentiary.

The only question raised in the record before us is the sufficiency of the evidence. The evidence contains marked discrepancies as to the marks upon the hogs alleged to have been taken, but there is a clear identification of the hogs by the prosecuting witness from flesh marks. Appellant sold the hogs at an unreasonable hour and fled the county, and various other circumstances that we do not deem necessary to collate authorized the jury in finding appellant guilty.

The judgment is affirmed.

*Affirmed.*